IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                              PLAINTIFFR

VS.                                              Civil Action No. 3:07CV708TSL-JCS

ROBERT HILL                                                            DEFENDANT

**CONSENT JUDGMENT**

The plaintiff and defendant, as shown by their signatures below, having agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Robert Hill, the following indebtedness:

A. the sum of $5,163.52, ($3,156.15 principal, plus $2,007.37 interest as of February 7, 2008) plus interest on the principal sum of $3,156.15 from and after September 25, 2007, at the rate of 8% per annum to date of judgment; and

B. all costs in this behalf expended, and filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

I, Robert Hill, agree to pay $ ~~150.00~~ 100.00  per month until paid in full, with the first payment to begin March 15, 2008.

ORDERED AND ADJUDGED this   21st   day of  February, 2008.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED:


  /s/Pshon Barrett
PSHON BARRETT
Assistant U. S. Attorney

  /s/Robert Hill
Robert Hill